LANGFORD, Respondent, v. TOMPKINS et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by Patrick Langford against Edward B. Tompkins and others. No opinion. Motion denied, and stay vacated.

LARNED, Respondent, v. WATSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Edwin C. Larned against Oliver Watson.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents on the ground that there is no evidence that the alleged failure of the defendant to perform his contract resulted in damage to the plaintiff, and on the further ground that plaintiff waived any such breach on the defendant's part.

LATTIN, Respondent, v. SAITTA et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by Jarvis A. Lattin, suing as James A. Lattin, against Edith A. Saitta and others. No opinion. Judgment affirmed, with costs.

LAW v. LAW et al. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by William Law against Elizabeth Law and others. No opinion. Motion denied on condition that appellant be ready for argument at the March term. Order filed.

LAWLOR, Respondent, v. HULL, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by John J. Lawlor against Emma F. Hull. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

LAWRENCE v. NEW YORK TRANSP. CO. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by Mary A. Lawrence against the New York Transportation Company. No opinion. Motion denied, with $10 costs. Order filed.

LAW IMPORTING CO., Appellant, v. DOMINION COAL CO., Respondent. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by the Law Importing Company against the Dominion Coal Company. D. Flannagan, for appellant. A. W. Putnam, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAWSON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Charles F. Lawson against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

LEAHY, Respondent, v. BRACE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Action by Elizabeth A. Leahy against William R. Brace and another. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide event.

In re LEET. (Supreme Court, Appellate Division, Second Department. January 30, 1907.) In the matter of the application of Frank A. Leet for admission to the bar. No opinion. Application granted.

In re LOEB. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) In the matter of the application of Harry Loeb for admission to the bar. No opinion. Application granted.

LOFTIE, Appellant, v. KIRK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Henry Loftie against William B. Kirk, impleaded. No opinion. Judgment affirmed, with costs.

LONDON & RIVER PLATE BANK, Respondent, v. CARR, Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by the London & River Plate Bank against George W. Carr. J. H. Buck, for appellant. C. D. Rogers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LONDRIGAN, Appellant, v. NEW YORK EVENING JOURNAL PUB. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by William Londrigan against the New York Evening Journal Publishing Company. No opinion. Motion denied.

In re LONG ISLAND R. CO. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) In the matter of the application of the Long Island Railroad Company, as lessee of the Nassau Electric Railroad Company, and said the Nassau Electric Railroad Company for the construction of an electric railroad on portions of Atlantic avenue in the borough of Brooklyn, city of New York. No opinion. Motion for the appointment of commissioners denied, and proceedings dismissed, not in the exercise of discretion, but solely on the ground that the petitioners are not possessed of the legal right to construct and operate the roads contemplated.

LORD, Respondent, v. J. G. WHITE & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Action by Frank A. Lord against J. G. White & Co. No opinion. Judgment and order affirmed, with costs.